UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTOPHER NOBLE,**

    **Plaintiff,**

    v.                                        **Civil Action 2:19-cv-5094**
                                                      **Judge Edmund A. Sargus, Jr.**
                                                      **Magistrate Judge Chelsey M. Vascura**

**THE YOUNG MEN'S CHRISTIAN**
**ASSOCIATION OF CENTRAL OHIO,**
*et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on certain Defendants' Motion to Amend the Case Schedule, which moving Defendants represent is unopposed by Plaintiff. (ECF No. 60.) For good cause shown, the motion is **GRANTED**. The case schedule is amended as follows:

- Defendants' Expert Reports must be produced by **December 28, 2021**;
- All discovery must be completed by **January 31, 2022**; and
- Any dispositive motions must be filed by **February 28, 2022**.

**IT IS SO ORDERED.**

                                                          /s/ *Chelsey M. Vascura*
                                                          CHELSEY M. VASCURA
                                                          UNITED STATES MAGISTRATE JUDGE